SEELY S. VAN NESS, Appellant and Respondent, *v.* ERIE RAILROAD COMPANY, Respondent and Appellant.

*Van Ness* v. *Erie R. R. Co.*, 157 App. Div. 942, affirmed.
(Argued December 2, 1915; decided December 17, 1915.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 11, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover treble damages for alleged forcible disseizen and ejectment. The complaint alleged that the plaintiff and his assignors were the owners and in possession of certain lands in the village of Hammondsport, and of certain boat houses thereon and personal property in said boat houses, the same being located between the right of way of the branch of defendant's railroad system known as the Bath and Hammondsport railroad, and the waters of the lake; that the defendant on August 29, 1910, wrongfully entered said lands and ejected plaintiff and the other owners therefrom, and forcibly put and kept them out of said property and destroyed said boat houses and other property. The Appellate Division modified the judgment by striking therefrom the provision for treble damages.

*James O. Sebring* for plaintiff, appellant and respondent.

*Floyd G. Green* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.; SEABURY, J., dissents and votes for the restoration of treble damages.